IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. _____ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VENANCIO TORRES; DEBRA TORRES; | ) | |
| TOTEM STEEL INTERNATIONAL, INC.; | ) | |
| NORTH CAROLINA DEPARTMENT OF | ) | |
| REVENUE; SURRY COUNTY TAX | ) | |
| DEPARTMENT; and FIBRECRETE | ) | |
| PRESERVATION TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## COMPLAINT FOR FEDERAL TAXES

The plaintiff, the United States of America, at the request of the Chief Counsel of the

Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the

Attorney General of the United States, brings this action to collect the federal income taxes owed

by Venancio and Debra Torres for tax years 2004, 2006, 2008, 2010, and 2016, and to enforce

the corresponding federal tax liens against their real property in Surry County, North Carolina.

In support of this action, the United States alleges as follows:

### Jurisdiction and Venue

1.  Jurisdiction is conferred upon this Court pursuant to 26 U.S.C. §§ 7402(a) and

7403 and 28 U.S.C. §§ 1340 and 1345.

2.  Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and 1396 because

the taxpayers resides in this district, a substantial part of the events and omissions giving rise to

the claims occurred in this district, and the real properties that are the subject of this action are

located in this district.

## Parties

3.　　The plaintiff is the United States of America.

4.　　The defendants Venancio and Debra Torres are the taxpayers in this action.  They reside in Mount Airy, North Carolina.

5.　　The remaining defendants, Totem Steel International, Inc.; North Carolina Department of Revenue; Surry County Tax Department; and Fibrecrete Preservation Technologies, Inc. are named as parties under 26 U.S.C. § 7403(b) because they may claim an interest in the real properties that are the subject of this action.

6.　　The real properties that are the subject of this action (the "Real Properties") are (i) the residential property commonly known as 2344 Turkey Ford Road, Mount Airy, North Carolina, as more fully described in the deed attached as Exhibit 1 to this Complaint; and (ii) nine parcels of non-residential real property located in Surry County, more fully described in the deeds attached as Exhibits 2 through 10 of this Complaint.

## COUNT I:  LIABILITIES OF VENANCIO TORRES FOR TAX YEARS 2004 AND 2006

7.　　A delegate of the Secretary of the Treasury properly and timely assessed federal income tax and statutory additions to tax against defendant Venancio Torres as set forth below:

| Income tax year | Date of initial assessment | Income tax | Filing status | Balance as of March 11, 2019 |
|---|---|---|---|---|
| 2004 | 2/16/09 | $747,361 | Married filing separate | $1,143,867.16 |
| 2006 | 12/1/08 | $995,066.95 | Married filing separate | $822,358.01 |
| **Total** | | | | **$1,966,225.17** |

8.　　Notices of the assessments described in paragraph 7, along with demands for payment of those assessments, were sent to Venancio Torres.

2

9. Despite notice and demand for payment of the assessments, Venancio Torres has failed or refused to pay the full amount due and owing.

10. Due to Venancio Torres's failure or refusal to pay the full amount of the assessed taxes and statutory additions to tax, penalties and interest have accrued on the assessment amounts listed in paragraph 7 pursuant to statute.

11. As of March 11, 2019, Venancio Torres was be indebted to the United States in the amount of $1,966,225.17, plus statutory additions that have accrued after that date, as a result of the unpaid assessments listed in paragraph 7.

WHEREFORE, the United States of America requests that the Court:

A. Enter judgment in favor of the United States and against Venancio Torres in the amount of $1,966,225.17 as of March 11, 2019, plus statutory interest that has accrued after that date according to law; and

B. Award any other and further relief, including the costs of this action, as may be deemed just and proper under the circumstances.

### COUNT II: JOINT LIABILITES OF VENANCIO AND DEBRA TORRES FOR TAX YEARS 2008, 2010, AND 2016

12. A delegate of the Secretary of the Treasury properly and timely assessed federal income tax and statutory additions to tax against defendants Venancio and Debra Torres as set forth below:

3

| Income tax year | Date of initial assessment | Original tax assessed | Filing status | Balance as of March 11, 2019 |
|---|---|---|---|---|
| 2008 | 12/7/09 | $568,726.00 | Married filing joint | $208,316.00 |
| 2010 | 11/21/11 | $705,683 | Married filing joint | $522,280.82 |
| 2016 | 11/27/17 | $704,891 | Married filing joint | $505,596.18 |
| **Total** | | | | **$1,236,193.00** |

13.     Notices of the assessments described in paragraph 12, along with demands for payment of those assessments, were sent to Venancio and Debra Torres.

14.     Despite notice and demand for payment of the assessments, Venancio and Debra Torres have failed or refused to pay the full amount due and owing.

15.     Due to Venancio and Debra Torres's failure or refusal to pay the full amount of the assessed taxes and statutory additions to tax, penalties and interest have accrued on the assessments listed in paragraph 12 pursuant to statute.

16.     As of March 11, 2019, Venancio and Debra Torres were indebted to the United States in the amount of $1,236,193.00, plus statutory interest that has accrued after that date, as a result of the unpaid assessments listed in paragraph 12.

WHEREFORE, the United States of America requests that the Court:

A.     Enter judgment in favor of the United States and against Venancio and Debra Torres, jointly and severally, in the amount of $1,236,193.00 as of March 11, 2019, plus statutory interest that has accrued after that date according to law; and

B.     Award any other and further relief, including the costs of this action, as may be deemed just and proper under the circumstances.

## COUNT III:  FORECLOSE FEDERAL TAX LIENS

17.     The United States incorporates paragraphs 1 through 16 of this complaint.

18.     On various dates between 2001 and 2014, Venancio and Debra Torres acquired the Real Properties referenced in Paragraph 6 above and described more fully in Exhibits 1 through 10 to this Complaint.

19.     Federal tax liens arose pursuant to 26 U.S.C. §§ 6321 and 6322, and attached to all property and rights to property owned by Venancio and Debra Torres, by reason of the assessments described above in paragraphs 7 and 12.

20.      The federal tax liens described above in Paragraph 19 attached to the Real Properties.

21.     The United States filed notices of federal tax liens against Venancio and Debra Torres with respect to the assessments listed above in Paragraphs 7 and 12 with the prothonotary in Surry County on various dates between 2009 and 2019.

22.     The federal tax liens described above in Paragraph 19 should be foreclosed against the Real Properties, which should be ordered to be sold pursuant to 28 U.S.C. §§ 2001-2002 with the proceeds to be distributed to the United States and the other parties according to priority of their liens and claims to the Real Property.

23.     With respect to the parcel of real property described in Exhibit 8, this action does not include the subdivided portion of such parcel conveyed on or about October 12, 2016, as described more fully in the deed attached as Exhibit 11 to this Complaint.  With respect to the property listed in the identical Exhibits 6 and 7, a single deed was used to convey two separate, non-contiguous parcels of property.  Both parcels are included within this action.

WHEREFORE, the United States prays:

A.  That the Court adjudge, determine, and decree that the United States is the holder of valid and subsisting tax liens with respect to the unpaid federal income tax liabilities described in Paragraphs 7 and 12, above; that those federal tax liens encumber the Real Properties; that the tax liens be foreclosed against the Real Properties; and that the Real Properties be sold according to law, free and clear of any right, title, lien, claim, or interest of any of the defendants herein;

B.  That the Court adjudge, determine, and decree that the proceeds of the sale of the Real Properties be distributed to the United States and the other parties according to priority of their liens and claims to the Real Property.

C.  That the Court award the United States such further relief, including the costs of this action, that the Court deems appropriate.

DATED: May 2, 2019

MATTHEW G.T. MARTIN
United States Attorney

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General
Tax Division

By:

/s/ Nelson Wagner
NELSON WAGNER
Trial Attorney
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone: (202) 616-3369
Fax: (202) 307-6426
Nelson.Wagner@usdoj.gov
*Counsel for the United States*

6

# Exhibit 1



SURRY COUNTY NC    09/28/2001
10

STATE OF    $1400.00
NORTH
CAROLINA    Real Estate
Excise Tax



FILED
SURRY COUNTY NC
09/28/2001 12:56 PM
DENNIS W. "BUD" CAMERON
Register Of Deeds

---

Excise Tax   $1400        Recording Time, Book and Page

Tax Lot No. ............................................................. Parcel Identifier No. .........................................

Verified by ................................................ County on the ............ day of ..................., ...............

by ......................................................................................................................................

Mail after recording to ...............................................................................................................

This instrument was prepared by ..... Carl E. Bell, Attorney, P. O. Box 1355, Mount Airy, NC   27030

Brief description for the Index [                    ]

# NORTH CAROLINA GENERAL WARRANTY DEED

THIS DEED made this ..26th.. day of ............. September ........., 2001, by and between

| GRANTOR | GRANTEE |
|---|---|
| WILLIAM L. ANDERSON, Trustee under Revocable Declaration of Trust dated December 21, 1995 and ANN F. ANDERSON, Trustee under Revocable Declaration of Trust dated December 21, 1995 | VENANCIO TORRES and wife, DEBBIE D. TORRES<br><br>2344 Turkey Ford Road<br>Mount Airy, NC   27030 |

Enter in appropriate block for each party: name, address, and, if appropriate, character of entity, e.g. corporation or partnership.

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of ..................................................... Eldora .......... Township,

.......... Surry .......... County, North Carolina and more particularly described as follows:



See attached Exhibit "A" which is incorporated
herein by reference as if fully set out herein.

N. C. Bar Assoc. Form No. 3 © 1976, Revised © 1977 - James Williams & Co., Inc., Box 127, Yadkinville, N. C. 27055
Printed by Agreement with the N. C. Bar Assoc. 1981

Case 1:19-cv-00464   Document 1-1   Filed 05/02/19   Page 2 of 49

The property hereinabove described was acquired by Grantor by instrument recorded in ................................................................................

...................................................................................................................................................................................................

A map showing the above described property is recorded in Plat Book ............................... page ..... ................

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions hereinafter stated.
Title to the property hereinabove described is subject to the following exceptions:

IN WITNESS WHEREOF, the Grantor has hereunto set his hand and seal, or if corporate, has caused this instrument to be signed in its corporate name by its duly authorized officers and its seal to be hereunto affixed by authority of its Board of Directors, the day and year first above written.

----------------------------------------
(Corporate Name)

By: ..................................................

..................................................President

ATTEST:

..................................................Secretary (Corporate Seal)

*Willie L. Anderson Trustee* ...........(SEAL)
WILLIAM L. ANDERSON, Trustee under Revocable
Declaration of Trust dated December 21, 1995
.............................................................(SEAL)

*Ann F. Anderson Trustee* ...........(SEAL)
ANN F. ANDERSON, Trustee under Revocable
Declaration of Trust dated December 21, 1995
.............................................................(SEAL)

**USE BLACK INK ONLY**

SEAL-STAMP

ROBIN L. SIMMONS
NOTARY PUBLIC
State Carolina - Surry County
My Commission Expires ... .......

NORTH CAROLINA, ..........Surry..........County.

I, a Notary Public of the County and State aforesaid, certify that WILLIAM L. ANDERSON, Trustee under Revocable Declaration of Trust dated December 21, 1995 and ANN F. ANDERSON, Trustee under Revocable Declaration of Trust dated December 21, personally appeared before me this day and acknowledged the execution of the foregoing instrument. Witness my hand and official stamp or seal, this 28th day of ..........September.......... 2001

My commission expires: 1-22-2004 .......... *Robin L. Simmons* .......... Notary Public

SEAL-STAMP

NORTH CAROLINA, ..................County.

I, a Notary Public of the County and State aforesaid, certify that ...............................................
personally came before me this day and acknowledged that .... he is ............................ Secretary of
............................ a North Carolina corporation, and that by authority duly
given and as the act of the corporation, the foregoing instrument was signed in its name by its ............................
President, sealed with its corporate seal and attested by ............................ as its ............................ Secretary.
Witness my hand and official stamp or seal, this ..........day of ............................ ............

My commission expires .................................... ............................ Notary Public

The foregoing Certificate(s) of *Robin L. Simmons, NP of Surry Co., NC*

..................................................................................................................................

is/are certified to be correct. This instrument and this certificate are duly registered at the date and time and in the Book and Page shown on the first page hereof.

DENNIS W. "BUD" CAMERON ............................ REGISTER OF DEEDS FOR .......... SURRY .......... COUNTY

By *Cynthia M. Gillespie* ............................ Deputy/Assistant - Register of Deeds

$14 record

N. C. Bar Assoc. Form No. 3 © 1976, Revised © 1977    James Williams & Co., Inc., Box 127, Yadkinville, N. C. 27055
Printed by Agreement with the N. C. Bar Assoc.    1981

Case 1:19-cv-00464   Document 1-1   Filed 05/02/19   Page 3 of 49

Exhibit "A"

BEGINNING at an existing iron pipe set near the southwestern or southern edge of Turkey Ford Road and at a corner of the Lonnie and Melinda Johnson property (DB 317, PG 624); runs thence from said beginning point and with the Johnson property line four (4) courses and distances: South 37 degs. 05' 33" West 244.08 feet to an existing iron pipe, South 25 degs. 08' 19" West 44.77 feet to a poplar stump, South 37 degs. 47' 25" West 363.40 feet to an existing iron pipe and South 31 degs. 38' 58" East passing by a 24" marked poplar at 450.02 feet, a total of 459.63 feet to a point in the centerline of Beaver Creek; thence with the centerline of Beaver Creek the following twenty-nine (29) courses and distances: South 47 degs. 52' 36" West 185.60 feet, South 18 degs. 38' 20" West 71.58 feet, South 88 degs. 29' 26" West 333.33 feet, North 63 degs. 09' 08" West 87.36 feet, South 88 degs. 12' 21" West 76.90 feet, South 32 degs. 15' 14" West 47.82 feet, South 16 degs. 01' 54" West 182.37 feet, South 37 degs. 29' 02" West 153.84 feet, South 79 degs. 41' 27" West 33.25 feet, South 48 degs. 35' 51" West 138.99 feet, South 57 degs. 22' 36" West 168.66 feet, North 77 degs. 47' 13" West 120.23 feet, North 14 degs. 23' 44" West 86.48 feet, North 17 degs. 29' 42" West 175.91 feet, North 21 degs. 25' 27" West 156.91 feet, North 46 degs. 23' 17" West 73.19 feet, North 81 degs. 21' 58" West 70.56 feet, South 77 degs. 03' 54" West 59.61 feet, South 17 degs. 38' 09" West 69.53 feet, South 10 degs. 30' 09" West 256.92 feet, South 25 degs. 13' 58" West 168.23 feet, South 12 degs. 55' 03" East 160.46 feet, South 04 degs. 09' 03" East 61.63 feet, South 30 degs. 59' 35" East 56.77 feet, South 21 degs. 04' 45" East 233.56 feet, South 10 degs. 46' 55" East 228.18 feet, South 06 degs. 12' 16" East 94.19 feet, South 36 degs. 02' 07" West 231.69 feet and South 61 degs. 57' 11" West 202.69 feet to an existing iron pipe by a marked maple on the southeast side of the creek, a common corner of Larry and Lena Bruner (DB 496, PG 551) and Gray and Jane Wolfe (DB 371, PG 980); thence with the Wolfe property line North 61 degs. 13' 02" West 1437.85 feet to an existing iron pipe, corner common with Eckerd Youth Alternatives, Inc. property (DB 791, PG 53); thence with the Eckerd property line North 28 degs. 01' 55" East 348.81 feet to a new iron pipe set at the common corner of the Eckerd property and the Candace Ring property (DB 625, PG 794); thence with the Ring property line the following seven (7) courses and distances: North 28 degs. 01' 55" East 417.37 feet to an existing iron pipe, South 88 degs. 12' 40" West 223.71 feet to an existing iron pipe, South 79 degs. 30' 37" West 164.12 feet to a new iron pipe, North 61 degs. 49' 11" West 132.01 feet to an existing iron pipe, North 70 degs. 19' 05" West 24.45 feet to a double pine, North 72 degs. 09' 00" West 104.78 feet to an existing iron pipe and North 53 degs. 11' 19" West 76.69 feet to a point in the Ring property line; thence leaves the Ring property line and runs on thirty-one (31) new courses and distances: North 74 degs. 18' 34" East 17.05 feet to a new iron pipe, South 89 degs. 58' 06" East 52.24 feet to a new iron pipe, North 82 degs. 51' 04" East 44.83 feet to a new iron pipe, North 77 degs. 50' 22" East 35.21 feet to a new iron pipe, North 70 degs. 58' 05" East 68.80 feet to a new iron pipe, North 71 degs. 42' 44" East 114.68 feet to a new iron pipe, North 70 degs. 01' 25" East 76.23 feet to a new iron pipe, North 70 degs. 57' 32" East 121.52 feet to a new iron pipe, North 64 degs. 17' 18" East 42.99 feet to a new iron pipe, North 65 degs. 08' 43" East 185.34 feet to a new iron pipe, North 58 degs. 01' 26" East 70.81 feet to a new iron pipe, North 65 degs. 30' 31" East 67.50 feet to a new iron pipe, North 60 degs. 42' 16" East 154.76 feet to a new iron pipe, North 48 degs. 22' 15" East 62.10 feet to a new iron pipe, North 30 degs. 29' 39" East 25.91 feet to a new iron pipe, South 44 degs. 12' 49" East 34.34 feet to a new iron pipe, North 43 degs. 43' 54" East 29.90 feet to a new iron pipe, North 50 degs. 32' 04" East 36.38 feet to a new iron pipe, North 55 degs. 38' 44" East 47.90 feet to a new iron pipe, North 59 degs. 46' 05" East 61.32 feet to a new iron pipe; thence continues North 45 degs. 00' 26" West 100.09 feet to a fencepost, North 36 degs. 32' 33" East 22.08 feet to a new iron pipe, North 27 degs. 47' 31" East 114.02 feet to a new iron

pipe, North 28 degs. 39' 27" East 96.62 feet to a new iron pipe, North 30 degs. 32' 50" East 58.54 feet to a fencepost, North 18 degs. 13' 21" East 47.01 feet to a new iron pipe, North 02 degs. 01' 23" West 50.74 feet to a fencepost, North 09 degs. 28' 03" West 39.39 feet to a fencepost, North 20 degs. 21' 54" West 52.76 feet to a new iron pipe, North 33 degs. 13' 34" West 154.71 feet to a new iron pipe and North 43 degs. 02' 20" West 142.87 feet to an existing iron pipe, corner common with Susan Ann Anderson (DB 525, PG 1133); thence with the Susan Ann Anderson property line North 12 degs. 53' 12" East a total of 748.86 feet to a point in the centerline of Johnson Road; thence with the centerline of Johnson Road the following twenty-two (22) courses and distances: South 89 degs. 46' 22" East 38.40 feet, North 86 degs. 50' 22" East 61.55 feet, North 84 degs. 01' 05" East 60.56 feet, North 83 degs. 14' 34" East 133.68 feet, North 83 degs. 31' 25" East 238.31 feet, North 83 degs. 37' 28" East 377.20 feet, North 83 degs. 52' 31" East 92.65 feet, North 84 degs. 24' 54" East 63.19 feet, North 87 degs. 33' 08" East 61.40 feet, South 86 degs. 51' 33" East 53.80 feet, South 81 degs. 26' 16" East 38.39 feet, South 73 degs. 56' 07" East 43.81 feet, South 67 degs. 03' 03" East 56.77 feet, South 59 degs. 38' 07" East 56.62 feet, South 53 degs. 18' 20" East 56.71 feet, South 48 degs. 45' 51" East 58.97 feet, South 45 degs. 01' 58" East 55.15 feet, South 44 degs. 18' 44" East 60.72 feet, South 44 degs. 32' 49" East 62.07 feet, South 45 degs. 08' 17" East 59.39 feet, South 44 degs. 35' 02" East 66.66 feet and South 42 degs. 19' 13" East 65.33 feet to a point in the center of the road; thence leaves the road and runs North 40 degs. 17' 03" East 100.81 feet to an existing iron pipe; thence South 38 degs. 55' 57" East 165.00 feet to an existing iron pipe; thence South 31 degs. 55' 32" East 172.89 feet and South 20 degs. 55' 32" East crossing Turkey Ford Road 181.00 feet to a new iron pipe set in the southern right of way line of Turkey Ford Road; thence with the southern right of way line of Turkey Ford Road South 63 degs. 40' 18" East 268.16 feet to the point of Beginning, and containing 139.473 acres, as per survey for William L. Anderson and wife, Ann F. Anderson, map prepared by Bunn Engineering, map dated September 20, 2001.

For reference, see DB 513, PG 910, DB 610, PG 1085, DB 442, PG 978, DB 432, PG 554, DB 780, PG 114, DB 625, PG 784, Surry County Registry and Surry County Tax Map 5916, Parcels 1445, 8688, 3617, 0278 and 5536.

The above property is conveyed subject to the right of way of Johnson Road and Turkey Ford Road and subject to easements, recorded, unrecorded or visible on the ground.

Restrictions:
1. No business other than agricultural may be conducted on the property.
2. No singlewide, doublewide or modular homes shall be constructed on the property.
3. No chicken or poultry houses of any kind are allowed on the property.

ata

**Exhibit 2**


Doc ID: 003847100002 Type: CRP
Recorded: 07/30/2004 at 01:38:43 PM
Fee Amt: $474.00 Page 1 of 2
Excise Tax: $457.00
Surry County North Carolina
Dennis W. 'Bud' Cameron Reg of Deeds
BK 1030 PG 977-978

DEED STAMP:        $ 457.00

| Excise Tax | | Recording Time, Book and Page |
|---|---|---|

Tax Lot No._____ Parcel Identifier No._____
Verified by _____ County on the _____ day of _____, 2002 _____
by_____

_____
_____

Mail after recording to _____

This instrument was prepared by   Edwin M. Woltz,   119 Rawley Ave.,   Mount Airy, North Carolina 27030
Brief description for the Index

# NORTH CAROLINA GENERAL WARRANTY DEED

THIS DEED made this 28th day of   July   by and between

| Grantor | Grantee |
|---|---|
| Bobby R. Watson and wife, Bonnie M. Watson | Venancio Torres and wife, Deborah Torres |
| 517 Pine View Drive | 2455 Turkey Ford Road |
| Mount Airy, NC 27030 | Mount Airy, NC 27030 |

Enter in appropriate block for each party: name, address, and, if appropriate, character of entity, e.g. corporation or partnership

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the Eldora Township, Surry County, North Carolina and more particularly described as follows:

Being all of Lots 1 (6.006 acres), 2 (4.144 acres), 3 (3.706 acres), 4 (3.921 acres) and 5 (8.348 acres) as shown on plat prepared by Franklin G. Kinder, L-4462, dated June 29, 2004 (and revised on July 5, 2004) which is recorded in Plat Book 21, Page 120, Surry County Registry which is incorporated herein by reference as if the plat were attached hereto.

Plan of Development with restrictive covenants:
1. No single wide or double-wide mobile home will be permitted on any tract.
2. Modular homes or custom-built homes will be permitted on any tract so long as the structure is located on a permanent foundation.
3. No chicken houses, chicken farms, hog farms or hog operations will be permitted on any tract.
4. No junkyards will be permitted on any tract.
5. No trailer parks or mobile home parks will be permitted on any tract.
6. The real property conveyed by this Deed has a Surry County residential restricted zoning requirement.
7. These covenants are permanent, shall run with the land and shall apply to Grantees, their successors, heirs and assigns.

Surry County Tax Parcel ID is a portion of # 5926-00-04-8398



This property herein above described was acquired by Grantor by Deed recorded in Record Book 422, Page1285.

A map showing the above property is recorded in Plat Book _____, Page_____

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions hereinafter stated.

Title to the property herein above described is subject to the following exceptions:
1. Right-of-way of Siloam Road (NC SR 1003).
2. Power and utility easements of record.
3. Riparian rights of others to stream of branch running through property.
4. Zoning ordinances of record.

IN WITNESS WHEREOF, the Grantor has hereunto set his hand and seal, or if corporate, has caused this instrument to be signed in its corporate name by its duly authorized officers and its seal to be hereunto affixed by authority of its Board of Directors, the day and year first above written.

_____ (Seal)
Bobby R. Watson, Grantor

_____ (Seal)
Bonnie M. Watson, Grantor

NORTH CAROLINA
SURRY COUNTY

and Bonnie M. Watson

I, _Edw M Woltz_, a Notary Public of the County and State aforesaid, certify that Bobby R. Watson personally appeared before me this day and acknowledged the execution of the foregoing instrument.

Witness my hand and official seal, this the _28_ day of _July_, _____, 2004.

_____
Notary Public

My Commission Expires: _9-18-04_

OFFICIAL SEAL
Notary Public, North Carolina
COUNTY OF SURRY
EDWIN M. WOLTZ
My Commission Expires _____

NORTH CAROLINA
SURRY COUNTY

I, _____, a Notary Public of the County and State aforesaid, certify that Bonnie M. Watson personally appeared before me this day and acknowledged the execution of the foregoing instrument.

Witness my hand and official seal, this the _____ day of _____, 2004.

_____
Notary Public

My Commission Expires: _____

The foregoing Certificate(s) of _Edwin M Woltz (& pursue) to NC_

is/are certified to be correct. This instrument and this Certificate are duly registered at the date and time and in the Book and Page shown on the first page hereof.

REGISTER OF DEEDS FOR _Surry_ _____ COUNTY.

BY _____ Deputy/Assistant-Register of Deeds



Book 21 Page 120

# Exhibit 3

Surry Co. Tax Dept.
DH _____ 1-20-09
Land Records
Location 1-20-09

/


Doc No: 662904
Recorded: 01/20/2009 at 10:17:46 AM
Fee Amt: $260.00 Page 1 of 3
Excise Tax: $240.00
Surry County North Carolina
Carolyn M. Comer Reg of Deeds
BK 1273 PG 341-343

*Stamps: $240*

Mail after recording to/Grantees Address_____ 2344 Turkey Ford Road, Mount Airy, NC 27030

(N. C. Bar Assoc. Form No. 3A [C] 1977)

This instrument was prepared by Carl E. Bell

Brief description for the Index

## NORTH CAROLINA GENERAL WARRANTY DEED

THIS DEED made this 17th day of *January*, 2007, by and between JAMES REX BRANCH and wife, ELOISE F. BRANCH, hereafter called Grantor and VENANCIO TORRES and DEBORAH TORRES, as tenants in common, hereafter called Grantees. The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the Mount Airy Township, Surry County, North Carolina and more particularly described as follows:

See Exhibit "A" attached hereto and incorporated herein by reference

Parcel ID # 5919-00-24-9720

NO TITLE SEARCH WAS REQUESTED OR PERFORMED.

The property hereinabove described was acquired by Grantor by instrument recorded in Book 634, Page 227, Surry County Registry.

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and

20/3 +ls

that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions hereinafter stated. Title to the property hereinabove described is subject to the following: none.

IN WITNESS WHEREOF, each Grantor has hereunto set his hand and seal, the day and year first above written.

*James Rex Branch* (SEAL)
JAMES REX BRANCH

*Eloise F. Branch* (SEAL)
ELOISE F. BRANCH

NORTH CAROLINA, Surry County.

I, Teresa K. Gilmore, a Notary Public for the County of Stokes and the State of North Carolina, certify that JAMES REX BRANCH, Grantor, personally appeared before me this day and acknowledged the execution of the foregoing instrument. Witness my hand and official stamp or seal, this 17th day of January, 2007.


(NOTARY SEAL)

*Teresa K. Gilmore*
Notary Public

My commission expires: 3-31-2008

NORTH CAROLINA, Surry County.

I, Teresa K. Gilmore, a Notary Public for the County of Stokes and the State of North Carolina, certify that ELOISE F. BRANCH, Grantor, personally appeared before me this day and acknowledged the execution of the foregoing instrument. Witness my hand and official stamp or seal, this 17th day of January, 2007.


(NOTARY SEAL)

*Teresa K. Gilmore*
Notary Public

My commission expires: 3-31-2008

**TRACT TWO:**

BEGINNING at an existing iron pipe located at the Southwest corner of the City of Mount Airy property (DB 513, Pg. 626); runs thence from said beginning point, South 89 degs. 20' 21" West 562.79 feet to a point; thence North 88 degs. 26' 13" West 154.27 feet crossing a 50 foot access easement to a point in the line of Tract 9; thence with the line of Tract 9, North 16 degs. 57' 57" East 70.40 feet to an iron pipe set in the corner of Tract 9 and Tract 8; thence with the line of Tract 8, North 30 degs. 11' 25" East 360.13 feet to a 36" marked poplar, a Southeast corner for Walter G. Whitaker and the Southwest corner of Tract 2; thence with the line of Tract 2, the following six (6) courses and distances:  North 82 degs. 19' 26" East 306.14 feet to a point in a branch; thence North 08 degs. 52' 28" West 144.71 feet to a point in a branch; thence leaving the branch and runs North 41 degs. 58' 50" East 80.16 feet; North 20 degs. 08' 17" East 140.10 feet; North 55 degs. 21' 14" East 140.09 feet; North 80 degs. 49' 43" East 191.70 feet to a point in a branch and in the line of the City of Mount Airy property; thence with the City of Mount Airy property, South 12 degs. 26' 49" West 798.51 feet to the point of BEGINNING, containing 8.21 acres and being Tract 3 as shown on plat of survey of Alice Nichols Branch, prepared by R. Steve Hiatt, Surveyor, dated October 26, 1992.

The above described property is conveyed subject to a 50 foot access easement lying along and East of the common boundary line between the above described property and Tracts 9 and 8 of the Alice Nichols Branch property and being along a portion of the Western boundary line of the above described property.

**TRACT THREE:**

BEGINNING at an existing iron pipe located at the Southeast corner of the Doyle Kent Mosley property (DB 453, Pg. 690); thence with the Doyle Kent Mosley property, North 54 degs. 12' 02" West 647.19 feet to an existing iron pipe in the line of the Elizabeth A. Mosley property (DB 176, Pg. 460); thence with the Elizabeth A. Mosley property line, South 11 degs. 49' 29" West 384.51 feet to an existing iron pipe, common corner for Elizabeth A. Mosley and Walter G. Whitaker (DB 437, Pg. 852 and DB 487, Pg. 1425); thence with the Whitaker property line, South 11 degs. 06' 47" West 190.47 feet to an existing iron pipe; thence South 12 degs. 15' West 362.23 feet to a 36" poplar, a Southeast corner of Walter G. Whitaker; thence on six (6) new courses and distances: South 82 degs. 19' 26" East 306.14 feet to a point in a branch; thence North 08 degs. 52' 28" West 144.71 feet to a point in a branch; thence leaving the branch and runs North 41 degs. 58' 50" East 80.16 feet; North 20 degs. 08' 17" East 140.10 feet; North 55 degs. 21' 14" East 140.09 feet; North 80 degs. 49' 43" East 191.70 feet to a point in a branch and in the line of the City of Mount Airy property; thence with the City of Mount Airy property, North 12 degs. 26' 49" East 138.51 feet to the point of BEGINNING, containing 7.64 acres and being Tract 2 as shown on plat of survey of Alice Nichols Branch, prepared by R. Steve Hiatt, Surveyor, dated October 26, 1992.

Also conveyed herewith is a nonexclusive perpetual right-of-way and easement, 50 feet in width, the right-of-way extending 50 feet in an Easterly direction from the following described line:  BEGINNING at a 36" marked poplar at the Southeast corner of the Walter G. Whitaker property (DB 437, Pg. 852 and DB 487, Pg. 1425); runs thence from said beginning point, South 30 degs. 11' 25" West 360.13 feet to a set iron; thence South 16 degs. 57' 57" West 70.40 feet to a set iron; thence South 41 degs. 09' 13" West 205.98 feet to an iron pipe set in the centerline of Old McKinney Road.

This right-of-way is to be a nonexclusive perpetual right-of-way and easement, appurtenant to and is to run with the land.

*R B        E J B*

# Exhibit 4


H J F ck

Doc ID: 004447490003 Type: CRP
Recorded: 04/26/2007 at 01:33:12 PM
Fee Amt: $340.00 Page 1 of 3
Excise Tax: $320.00
Surry County North Carolina
Carolyn M. Comer Reg of Deeds

BK 1187 PG 289-291

# NORTH CAROLINA GENERAL WARRANTY DEED

Excise Tax:   $320.00

Parcel Identifier No. 591500984965   Verified by _____ County on the ____ day of _____, 20__
By: _____

Mail/Box to: _____   **NO TITLE EXAMINATION**

This instrument was prepared by:   DAVID P. HIATT, ATTORNEY   **REQUESTED NOR PERFORMED**

Brief description for the Index: _____

THIS DEED made this _____ _1 8th_ _____ day of ____ APRIL ____, 20_07_by and between

| GRANTOR | GRANTEE |
|---|---|
| LONNIE E. MOORE | VENANCIO TORRES AND WIFE, DEBORAH TORRES 2344 TURKEY FORD ROAD MOUNT AIRY NC 27030 |

Enter in appropriate block for each party: name, address, and, if appropriate, character of entity, e.g. corporation or partnership.

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of _____, ____ELDORA____ Township, ____SURRY____ County, North Carolina and more particularly described as follows:

SEE ATTACHED EXHIBIT A

$^{20}/_3$ +/s

The property hereinabove described was acquired by Grantor by instrument recorded in Book _____ page _____.

A map showing the above described property is recorded in Plat Book_____ page _____.

NC Bar Association Form No. 3 © 1976, Revised © 1977, 2002                    + James Williams & Co., Inc.
Printed by Agreement with the NC Bar Association - 1981                         www.JamesWilliams.com

Case 1:19-cv-00464   Document 1-1   Filed 05/02/19   Page 15 of 49

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, that Grantor will convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever, other than the following exceptions:

IN WITNESS WHEREOF, the Grantor has duly executed the foregoing as of the day and year first above written.

_____        _Lonnie E. Moore_____ (SEAL)
(Entity Name)                             LONNIE E. MOORE

By:_____                                   (SEAL)
   Title:_____

By:_____                                   (SEAL)
   Title:_____

By:_____                                   (SEAL)
   Title:_____

NOTARY PUBLIC
DAVID PHILLIP HIATT
Surry County, North Carolina
My Commission Expires 11/11/10

USE BLACK INK ONLY

State of North Carolina - County of _SURRY_

I, the undersigned Notary Public of the County and State aforesaid, certify that _LONNIE E. MOORE_
_____ personally appeared before me this day and acknowledged the due execution of the foregoing instrument for the purposes therein expressed. Witness my hand and Notarial stamp or seal this _18th_ day of _APRIL_ 20_07_.

My Commission Expires: _11/11/10_        _David Phillip Hiatt_____
                                         Notary Public
                                         DAVID PHILLIP HIATT

State of North Carolina - County of _____

I, the undersigned Notary Public of the County and State aforesaid, certify that _____
_____ personally came before me this day and acknowledged that _he is the _____ of _____
a North Carolina or _____ corporation/limited liability company/general partnership/limited partnership (strike through the inapplicable), and that by authority duly given and as the act of each entity, _he signed the forgoing instrument in its name on its behalf as its act and deed. Witness my hand and Notarial stamp or seal this _____ day of _____, 20_.

My Commission Expires:_____        _____
                                           Notary Public

State of North Carolina - County of _____

I, the undersigned Notary Public of the County and State aforesaid, certify that _____

Witness my hand and Notarial stamp or seal this _____ day of _____, 20_.

My Commission Expires:_____        _____
                                           Notary Public

The foregoing Certificate(s) of _____ is/are certified to be correct. This instrument and this certificate are duly registered at the date and time and in the Book and Page shown on the first page hereof.

_____ Register of Deeds for _____ County
By:_____ Deputy/Assistant - Register of Deeds

NC Bar Association Form No. 3 © 1976, Revised © 1976, 2002          * James Williams & Co., Inc.
Printed by Agreement with the NC Bar Association - 1981              www.JamesWilliams.com

TRACT 1

BEGINNING at an iron stake, Myrtle Terrell Johnson's corner and runs with her line North 85 1/2 deg. East 24.96 chains to an iron stake in her corner; thence North 3 1/2 deg. East 14.04 chains to an iron stake, thence North 87 deg. West 33 chains to forks of branch; thence South 20 deg. East 16 1/2 chains to the beginning, and containing 46.3 acres, more or less and being the first tract described in Deed of Thelma Shackleford and husband, R.Q. Shackleford to A.A. Taylor and wife, Susie Taylor, dated April 28, 1944, and recorded in Surry County, N.C. Book 150 at page 484 to which instrument express reference is hereby made.

The property hereinabove described was acquired by L. E. Moore and wife, Lottie Moore, both deceased, by an instrument recorded in Book 191, at Page 505, Surry County Registry.

See Deeds recorded in Book 239 Page 459 and Book 438 Page 454, Surry County Registry.

TRACT 2

BEGINNING at found rock located in the southwest corner of property of Dale Fulk (Book 432, Page 805; Book 432, Page 807) and in the line of property of Lonnie Moore (Book 438, Page 454), and running thence with the line of property of Dale Fulk (Book 432, Page 805; Book 432, Page 807) the following two courses and distances: North 86 degs. 00 mins.00 sec. East 739.19 feet to a right of way monument located along the right of way margin of Siloam Road; North 86 degs. 00 mins. 00 secs. East 30.41 feet to a point in the center of Siloam Road; thence with the center of Siloam Road the following four courses and distances: South 19 degs. 29 mins. 20 secs. West 51.97 feet to a point; South 24 degs. 56 mins. 17 secs. West 62.00 feet to a point; South 28 degs. 28 mins. 36 secs. West 73.48 feet to a point; South 29 degs. 56 mins. 16 secs. West 125.50 feet to a point; thence on a new line with lands retained by the grantors the following two courses and distances: North 80 degs. 13 mins. 19 secs. West 27.91 feet to a new iron rod located along the right of way margin of Siloam Road; North 80 degs. 13 mins. 19 secs. West 612.39 feet to point in the line of property of Lonnie Moore (Book 438, Page 454); thence with the line of property of Lonnie Moore (Book 438, Page 454) North 02 degs. 10 mins. 44 secs. East 116.21 feet to a found rock, said found rock being the POINT OF BEGINNING and containing 3.252 acres, more or less, and according to plat and survey of Jeffery K. Brinkley, PLS L-3356, entitled "Survey for Lonnie Moore", dated March 26, 2002.

The above 3.252 acre tract is subject to the right of way of Siloam Road.

The above 3.252 acre tract is a portion of that property which appears of record in Book 852, Page 716, Surry County Registry.

See Deed recorded in Book 866 Page 433, Surry County Registry.

# Exhibit 5

SMck

BK 1475   PG 779 - 781 (3)
This document presented and filed:
03/05/2014 11:59:30 AM
Fee $26.00   Excise Tax: $0.00

615570

Surry County North Carolina
CAROLYN M. COMER, Register of Deeds

Surry Co. Tax Dept.
Land Records _____
Collection _____

# NORTH CAROLINA NON-WARRANTY DEED

Excise Tax: NTC

| Parcel Identifier No. | Verified by _____ County on the ____ day of _____, 20___ |
| By: _____ | |

Mail/Box to:  SMITH MOORE LEATHERWOOD LLP, Attn:  Brian W. Byrd, P.O. Box 21927, Greensboro, NC 24720

This instrument was prepared by:Brian W. Byrd, SMITH MOORE LEATHERWOOD LLP

Brief description for the Index:

THIS DEED made this __22__ day of January, 2014, by and between

| GRANTOR | GRANTEE |
|---|---|
| Kester A. Sink | Venancio Torres |
| unmarried | And wife |
| Address: 29 Hollyview Farm Rd, Mt Airy, NC  27030 | Deborah Torres |
| | Address: 2344 Turkey Ford Road, Mt Airy, NC  27030 |

Enter in appropriate block for each party:  name, address, and, if appropriate, character of entity, e.g. corporation or partnership.

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in Eldora  Township, Surry County, North Carolina and more particularly described as follows:

SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE.

The property described herein **does not** include the primary residence of the Grantor.

NC Bar Association Form No. 7 © 1977, 2002
Printed by Agreement with the NC Bar Association – 1981 - Chicago Title Insurance Company
GREENSBORO 1174018

2b
3 ap

Case 1:19-cv-00464   Document 1-1   Filed 05/02/19   Page 19 of 49

The property hereinabove described was acquired by Grantor by instrument recorded in Book 417, Page 396 and Book 452, Page 694.

A map showing the above described property is recorded in Plat Book 10, Page 52 and Plat Book 11, Page 149.

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

The Grantor makes no warranty, express or implied, as to title to the property hereinabove described.

IN WITNESS WHEREOF, the Grantor has duly executed the foregoing as of the day and year first above written.

_Kester A. Sink_ _____ (SEAL)

KESTER A. SINK

---

STATE OF _NC_____ - COUNTY OF _Surry_____

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she signed the foregoing document: Kester A. Sink

Today's Date: _1|22_____, 20 _14_

_Michael F. Royster_____
[Notary's signature as name appears on seal]

_Michael F. Royster_
[Notary's printed name as name appears on seal]

OFFICIAL SEAL
Notary Public - North Carolina
County of Surry
MICHAEL F. ROYSTER

[Affix Notary Seal in Space Above]

My commission expires: _5/15_____, 20 _17_

NC Bar Association Form No. 7 © 1977, 2002
Printed by Agreement with the NC Bar Association – 1981 - Chicago Title Insurance Company
GREENSBORO 1174018

EXHIBIT "A"
LEGAL DESCRIPTION

Tract I.

BEING ALL OF LOT NUMBER ELEVEN (11), containing 3.46 acres more or less, as shown on plat entitled "Plat prepared for Robert J. Lovell, Jr." which plat is duly recorded in Plat Book 10, Page 52, Surry County Registry.

The parcel ID assigned to the above Tract I by the Surry County Tax Department is 5926-00-19-4873.

Tract II.

BEING all of that property conveyed to Venancio Torres and wife Deborah Torres by deed filed September 23, 1998 in Book 701, Page 486, Surry County Registry.

The parcel ID number assigned to the above Tract II by the Surry County Tax Department is 5926-00-19-4551.

BEING ALL OF LOT NUMBER THIRTEEN (13), containing 10.49 acres more or less, as shown on plat entitled "Sunnybrook Acres, Section 4" which plat is duly recorded in Plat Book 11, Page 149, Surry County Registry.

The parcel ID assigned to the above Tract III by the Surry County Tax Department is 5926-00-19-2269.

NC Bar Association Form No. 7 © 1977, 2002
Printed by Agreement with the NC Bar Association – 1981 - Chicago Title Insurance Company
GREENSBORO 1174018

# Exhibit 6

*Cash*



Doc ID: 003637570004 Type: CRP
Recorded: 01/29/2003 at 04:26:09 PM
Fee Amt: $173.00 Page 1 of 4
Excise Tax: $150.00
Surry County North Carolina

BK **918** PG **423-426**

# NORTH CAROLINA GENERAL WARRANTY DEED

Excise Tax: $150.00

Parcel Identifier No._____ Verified by _____ County on the ____ day of _____, 20__
By:_____

Mail/Box to: _____

This instrument was prepared by:  Carl E. Bell, Attorney, Mount Airy, NC  27030

Brief description for the Index: _____

THIS DEED made this _____27th_____ day of _____January_____, 20 03, by and between

| GRANTOR | GRANTEE |
|---|---|
| G. Eddie Johnson and wife, Carol S. Johnson | Venancio Torres and wife, Debbie D. Torres<br><br>2344 Turkey Ford Road<br>Mount Airy, NC  27030 |

Enter in appropriate block for each party: name, address, and, if appropriate, character of entity, e.g. corporation or partnership.

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of _____, _____ Township, _____Surry_____ County, North Carolina and more particularly described as follows:

> FOR DESCRIPTION OF PROPERTY, SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE.

The property hereinabove described was acquired by Grantor by instrument recorded in Book _____ page _____.

A map showing the above described property is recorded in Plat Book _____ page _____.

NC Bar Association Form No. 3 © 1976, Revised © 1977, 2002
Printed by Agreement with the NC Bar Association - 1981

**THIS TITLE NEITHER
EXAMINED NOR APPROVED**

+ James Williams & Co., Inc.
www.JamesWilliams.com

Book 918 Page 423

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever, other than the following exceptions:

IN WITNESS WHEREOF, the Grantor has duly executed the foregoing as of the day and year first above written.

_____     _G. Eddie Johnson_____ (SEAL)
(Entity Name)                                G. Eddie Johnson

By:_____              _Carol S. Johnson_____ (SEAL)
   Title:_____             Carol S. Johnson

By:_____              _____ (SEAL)
   Title:_____

By:_____              _____ (SEAL)
   Title:_____

USE BLACK INK ONLY

State of North Carolina - County of ___Surry_____

I, the undersigned Notary Public of the County and State aforesaid, certify that _____G. Eddie Johnson
and wife, Carol S. Johnson_____ personally appeared before me this day and acknowledged the due execution of the foregoing instrument for the purposes therein expressed. Witness my hand and Notarial stamp or seal this ___28___ day of ___January____, 2003

My Commission Expires: _9-16-06_     ___Melissa M Arrington_____
                                     Notary Public

[Notary Seal: MELISSA M. ARRINGTON NOTARY PUBLIC SURRY COUNTY, NC]

State of North Carolina - County of _____

I, the undersigned Notary Public of the County and State aforesaid, certify that _____
_____ personally came before me this day and acknowledged that _he is the _____ of _____ a North Carolina or _____ corporation/limited liability company/general partnership/limited partnership (strike through the inapplicable), and that by authority duly given and as the act of each entity, _he signed the foregoing instrument in its name on its behalf as its act and deed. Witness my hand and Notarial stamp or seal this _____ day of _____, 20__.

My Commission Expires:_____
                                     Notary Public

State of North Carolina - County of _____

I, the undersigned Notary Public of the County and State aforesaid, certify that _____
_____

Witness my hand and Notarial stamp or seal this _____ day of _____, 20__.

My Commission Expires:_____
                                     Notary Public

The foregoing Certificate(s) of _Melissa M Arrington NP & Surry Cty NC_ is/are certified to be correct. This instrument and this certificate are duly registered at the date and time and in the Book and Page shown on the first page hereof.

_____ Register of Deeds for _____ County
By:_Rhonda D Chesters_____  Deputy/Assistant - Register of Deeds

NC Bar Association Form No. 3 © 1976, Revised © 1977, 2002          * James Williams & Co., Inc.
Printed by Agreement with the NC Bar Association - 1981                 www.JamesWilliams.com

Book 918 Page 424

TRACT ONE:

BEGINNING at a 1 1/4" found iron pipe set in the centerline of Sand-Clay Farm Road and at the common corner of the Raleigh and Daisy Williams property (DB 239, Page 629), property formerly owned by Doris Beamer (DB 229, Page 429) and the Andy and Dorothy Amburn property (DB 353, Page 962; DB 247, Page 375); runs thence with the centerline of the Sand-Clay Farm Road and with the Amburn line South 79 degs. 07' 54" East 313.50 feet to a new iron pipe set at the corner of the Ned Martin property (DB 361, Page 865); thence with the Martin property line the following seven (7) courses and distances: South 79 degs. 34' 31"East 109.89 feet; South 62 degs. 30' 48" East 96.59 feet; South 33 degs. 53' 39" East 66.74 feet; South 42 degs. 38' 13" East 222.77 feet; South 52 degs. 55' 53" East 264.02 feet; South 31 degs. 41' 43" East 106.08 feet; South 41 degs. 43' 56" East 103.91 feet to a corner of the Ray and Peggy Hawks property (DB 333, Page 128); thence with the Hawks property line and with the center of the Sand-Clay Farm Road South 50 degs. 23' 11" East 360.68 feet to a 1" new iron pipe, corner of the Martin Family Cemetery; thence with the cemetery two (2) courses and distances: North 83 degs. 54' 28" East 196.67 feet to a 1" new iron pipe; thence South 06 degs. 05' 33" East 128.98 feet to a 1" new iron pipe, corner of the Roy Martin property; thence with the Roy Martin property, South 31 degs. 30' 34" East a total of 429.00 feet to a point on bedrock in center of a branch; thence with the Glen W. Armfield, Jr. property (DB 198, Page 640; DB 46, Page 301) the following eleven (11) courses and distances: North 42 degs. 46' 23" East 281.45 feet to a 1 ½" found iron pipe; North 17 degs. 12' 10" West 101.40 feet to a 1" new iron pipe; North 38 degs. 48' 26" West 116.74 feet to a 1" new iron pipe; North 01 deg. 38' 54" West 238.38 feet to a 1" new iron pipe; North 32 degs. 53' 12" West 100.45 feet to a 1" new iron pipe; North 57 degs. 42' 47" West 98.77 feet to a 1" new iron pipe; North 16 degs. 13' 37" West 135.27 feet to a 1" new iron pipe; North 32 degs. 53' 12" West 100.45 feet to a 1" new iron pipe; North 77 degs. 53' 05" West 97.43 feet to a 1" new iron pipe; North 01 deg. 15' 22" East 51.14 feet to a 1" new iron pipe; North 88 degs. 09' 29" East 243.85 feet to a 1" new iron pipe set near the center of Ring Creek; thence with the center of Ring Creek the following thirteen (13) courses and distances: North 33 degs. 31' 28" West 68.26 feet; North 1 degs. 19' 09" East 52.25 feet; North 26 degs. 07' 17" West 149.01 feet; North 40 degs. 08' 12" East 64.77 feet; North 31 degs. 33' 54" West 179.08 feet; North 50 degs. 34' 46" West 77.75 feet; North 27 degs. 07' 17" West 211.55 feet; North 29 degs. 11' 28" West 301.23 feet; North 37 degs. 10' 56" West 275.17 feet; North 42 degs. 40' 36" West 95.43 feet; North 32 degs. 53' 04" West 102.73 feet; North 65 degs. 33' 02" West 54.33 feet; and North 33 degs. 03' 06" West 101.41 feet to a point, corner of property formerly owned by Doris Beamer (DB 229, Page 429); thence with the Beamer property line the following two (2) courses and distances: South 34 degs. 42' 21" West 990.00 feet to a 1" new iron pipe; and South 46 degs. 42' 21" West 445.50 feet to the POINT OF BEGINNING and containing 42.137 acres, as shown on survey for G. Eddie Johnson and wife, Carol S. Johnson, map prepared by Merritt Land Surveying & Mapping, PC, dated March 14, 1989. For reference see Book 337, Page 79 and Will File 70 E 327.

TRACT TWO: ;

BEGINNING at a found iron pipe set in the eastern right of way line of Old US Highway 601 and at a corner of or in the line of the property now or formerly owned by Charles R. and Blanche Brintle; runs thence from said beginning point North 81 degs. 29' 57" West 25.62 feet to a point in the centerline of Old 601; thence with the centerline of Old 601 North 11 degs. 23' 26" East 150.20 feet to a point near the center of the Highway; thence leaves the Highway and runs South 81 degs. 30' 00" East a total of 273.87 feet to a new iron pipe set in the line of the J. C. Bouldin property, said new iron pipe being located South 14 degs. 00' 00" West 14.29 feet from another new iron pipe; runs thence South 14 degs. 00' 00" West 150.71 feet to a found iron pipe located in the line of the J. C. Bouldin property and at a northeast corner of the Charles and Blanche Brintle property; thence with the Brintle property line North 81 degs. 29' 57" West 239.31 feet to the point of Beginning, containing 0.931 acre, as shown on survey for G. Eddie Johnson and wife, Carol S. Johnson, map prepared by Richard D. Hodges, Land Surveyor.

For reference, see Record Book 472, Page 319 and Book 382, Page 150, Surry County Registry.

The Grantors hereby reserve unto themselves, their heirs, assigns or successors in interest a non-exclusive, perpetual right and easement for septic and drain lines over and upon the rear portion of the above described property.

*G E J*

*C S J*

# Exhibit 7

*Cash*



Doc ID: 003637570004 Type: CRP
Recorded: 01/29/2003 at 04:28:09 PM
Fee Amt: $173.00 Page 1 of 4
Excise Tax: $150.00
Surry County North Carolina

BK**918** PG**423-426**

# NORTH CAROLINA GENERAL WARRANTY DEED

Excise Tax: $150.00

Parcel Identifier No._____ Verified by _____ County on the ____ day of _____, 20__
By:_____

Mail/Box to: _____

This instrument was prepared by: Carl E. Bell, Attorney, Mount Airy, NC 27030

Brief description for the Index: _____

THIS DEED made this ____27th____ day of ____January____, 20_03_, by and between

| GRANTOR | GRANTEE |
|---|---|
| G. Eddie Johnson and wife, Carol S. Johnson | Venancio Torres and wife, Debbie D. Torres<br><br>2344 Turkey Ford Road<br>Mount Airy, NC 27030 |

Enter in appropriate block for each party: name, address, and, if appropriate, character of entity, e.g. corporation or partnership.

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of _____, _____ Township, ____Surry____ County, North Carolina and more particularly described as follows:

    FOR DESCRIPTION OF PROPERTY, SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED
    HEREIN BY REFERENCE.

The property hereinabove described was acquired by Grantor by instrument recorded in Book _____ page _____.

A map showing the above described property is recorded in Plat Book _____ page _____.

NC Bar Association Form No. 3 © 1976, Revised © 1977, 2002
Printed by Agreement with the NC Bar Association - 1981

    THIS TITLE NEITHER
    EXAMINED NOR APPROVED

+ James Williams & Co., Inc.
www.JamesWilliams.com

Book 918 Page 423

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever, other than the following exceptions:

IN WITNESS WHEREOF, the Grantor has duly executed the foregoing as of the day and year first above written.

| | |
|---|---|
| _____ | _G. Eddie Johnson_____ (SEAL) |
| (Entity Name) | G. Eddie Johnson |
| By:_____ | _Carol S. Johnson_____ (SEAL) |
| Title:_____ | Carol S. Johnson |
| By:_____ | _____ (SEAL) |
| Title:_____ | |
| By:_____ | _____ (SEAL) |
| Title:_____ | |

*USE BLACK INK ONLY*

State of North Carolina - County of _____Surry_____

I, the undersigned Notary Public of the County and State aforesaid, certify that _____ G. Eddie Johnson and wife, Carol S. Johnson personally appeared before me this day and acknowledged the due execution of the foregoing instrument for the purposes therein expressed. Witness my hand and Notarial stamp or seal this ___28___ day of ____January____, 2003

My Commission Expires: _9-16-06_  _Melissa M Arrington_
Notary Public

[Notary Seal: MELISSA M. ARRINGTON, NOTARY PUBLIC, SURRY COUNTY, NC]

State of North Carolina - County of _____

I, the undersigned Notary Public of the County and State aforesaid, certify that _____ personally came before me this day and acknowledged that _he is the _____ of _____ a North Carolina or _____ corporation/limited liability company/general partnership/limited partnership (strike through the inapplicable), and that by authority duly given and as the act of each entity, _he signed the foregoing instrument in its name on its behalf as its act and deed. Witness my hand and Notarial stamp or seal this _____ day of _____, 20___.

My Commission Expires:_____
Notary Public

State of North Carolina - County of _____

I, the undersigned Notary Public of the County and State aforesaid, certify that _____

Witness my hand and Notarial stamp or seal this _____ day of _____, 20___.

My Commission Expires:_____
Notary Public

The foregoing Certificate(s) of _Melissa M Arrington NPD Surry Cty NC_ is/are certified to be correct. This instrument and this certificate are duly registered at the date and time and in the Book and Page shown on the first page hereof.

_____ Register of Deeds for _____ County
By:_Rhonda O Chesters_ Deputy/Assistant - Register of Deeds

NC Bar Association Form No. 3 © 1976, Revised © 1977, 2002
Printed by Agreement with the NC Bar Association - 1981

*James Williams & Co., Inc.
www.JamesWilliams.com*

TRACT ONE:

BEGINNING at a 1 1/4" found iron pipe set in the centerline of Sand-Clay Farm Road and at the common corner of the Raleigh and Daisy Williams property (DB 239, Page 629), property formerly owned by Doris Beamer (DB 229, Page 429) and the Andy and Dorothy Amburn property (DB 353, Page 962; DB 247, Page 375); runs thence with the centerline of the Sand-Clay Farm Road and with the Amburn line South 79 degs. 07' 54" East 313.50 feet to a new iron pipe set at the corner of the Ned Martin property (DB 361, Page 865); thence with the Martin property line the following seven (7) courses and distances: South 79 degs. 34' 31"East 109.89 feet; South 62 degs. 30' 48" East 96.59 feet; South 33 degs. 53' 39" East 66.74 feet; South 42 degs. 38' 13" East 222.77 feet; South 52 degs. 55' 53" East 264.02 feet; South 31 degs. 41' 43" East 106.08 feet; South 41 degs. 43' 56" East 103.91 feet to a corner of the Ray and Peggy Hawks property (DB 333, Page 128); thence with the Hawks property line and with the center of the Sand-Clay Farm Road South 50 degs. 23' 11" East 360.68 feet to a 1" new iron pipe, corner of the Martin Family Cemetery; thence with the cemetery two (2) courses and distances: North 83 degs. 54' 28" East 196.67 feet to a 1" new iron pipe; thence South 06 degs. 05' 33" East 128.98 feet to a 1" new iron pipe, corner of the Roy Martin property; thence with the Roy Martin property, South 31 degs. 30' 34" East a total of 429.00 feet to a point on bedrock in center of a branch; thence with the Glen W. Armfield, Jr. property (DB 198, Page 640; DB 46, Page 301) the following eleven (11) courses and distances: North 42 degs. 46' 23" East 281.45 feet to a 1 ½" found iron pipe; North 17 degs. 12' 10" West 101.40 feet to a 1" new iron pipe; North 38 degs. 48' 26" West 116.74 feet to a 1" new iron pipe; North 01 deg. 38' 54" West 238.38 feet to a 1" new iron pipe; North 32 degs. 53' 12" West 100.45 feet to a 1" new iron pipe; North 57 degs. 42' 47" West 98.77 feet to a 1" new iron pipe; North 16 degs. 13' 37" West 135.27 feet to a 1" new iron pipe; North 32 degs. 53' 12" West 100.45 feet to a 1" new iron pipe; North 77 degs. 53' 05" West 97.43 feet to a 1" new iron pipe; North 01 deg. 15' 22" East 51.14 feet to a 1" new iron pipe; North 88 degs. 09' 29" East 243.85 feet to a 1" new iron pipe set near the center of Ring Creek; thence with the center of Ring Creek the following thirteen (13) courses and distances: North 33 degs. 31' 28" West 68.26 feet; North 1 degs. 19' 09" East 52.25 feet; North 26 degs. 07' 17" West 149.01 feet; North 40 degs. 08' 12" East 64.77 feet; North 31 degs. 33' 54" West 179.08 feet; North 50 degs. 34' 46" West 77.75 feet; North 27 degs. 07' 17" West 211.55 feet; North 29 degs. 11' 28" West 301.23 feet; North 37 degs. 10' 56" West 275.17 feet; North 42 degs. 40' 36" West 95.43 feet; North 32 degs. 53' 04" West 102.73 feet; North 65 degs. 33' 02" West 54.33 feet; and North 33 degs. 03' 06" West 101.41 feet to a point, corner of property formerly owned by Doris Beamer (DB 229, Page 429); thence with the Beamer property line the following two (2) courses and distances: South 34 degs. 42' 21" West 990.00 feet to a 1" new iron pipe; and South 46 degs. 42' 21" West 445.50 feet to the POINT OF BEGINNING and containing 42.137 acres, as shown on survey for G. Eddie Johnson and wife, Carol S. Johnson, map prepared by Merritt Land Surveying & Mapping, PC, dated March 14, 1989. For reference see Book 337, Page 79 and Will File 70 E 327.

4

TRACT TWO:

BEGINNING at a found iron pipe set in the eastern right of way line of Old US Highway 601 and at a corner of or in the line of the property now or formerly owned by Charles R. and Blanche Brintle; runs thence from said beginning point North 81 degs. 29' 57" West 25.62 feet to a point in the centerline of Old 601; thence with the centerline of Old 601 North 11 degs. 23' 26" East 150.20 feet to a point near the center of the Highway; thence leaves the Highway and runs South 81 degs. 30' 00" East a total of 273.87 feet to a new iron pipe set in the line of the J. C. Bouldin property, said new iron pipe being located South 14 degs. 00' 00" West 14.29 feet from another new iron pipe; runs thence South 14 degs. 00' 00" West 150.71 feet to a found iron pipe located in the line of the J. C. Bouldin property and at a northeast corner of the Charles and Blanche Brintle property; thence with the Brintle property line North 81 degs. 29' 57" West 239.31 feet to the point of Beginning, containing 0.931 acre, as shown on survey for G. Eddie Johnson and wife, Carol S. Johnson, map prepared by Richard D. Hodges, Land Surveyor.

For reference, see Record Book 472, Page 319 and Book 382, Page 150, Surry County Registry.

The Grantors hereby reserve unto themselves, their heirs, assigns or successors in interest a non-exclusive, perpetual right and easement for septic and drain lines over and upon the rear portion of the above described property.

# Exhibit 8



Doc ID: 003621540005 Type: CRP
Recorded: 12/30/2002 at 11:44:54 AM
Fee Amt: $138.00 Page 1 of 5
Excise Tax: $110.00
Surry County North Carolina

BK912 PG224-228

PREPARED BY: MICHAEL F. ROYSTER

*no stamp*

## NORTH CAROLINA GENERAL WARRANTY DEED

This Deed is made and entered into on the _15th_ day of December, 2002, by and between **NORMA JEAN WRIGHT, TRUSTEE OF THE GRACE COOKE PERSONAL TRUST DATED APRIL 4, 1995, NORMA JEAN WRIGHT (SINGLE) AND NORMA JEAN WRIGHT, ATTORNEY IN FACT FOR GRACE COOKE** (GRANTOR(S) and **DEBORAH G. TORRES AND HUSBAND VENANCIO TORRES AS GRANTEE(S)** whose mailing address is as follows:

2344 Turkey Ford Road
Mount Airy, NC 27030

The designation Grantor or Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor(s), for a valuable consideration paid by the Grantee(s), the receipt of which is hereby acknowledged, has and by these premises does grant, bargain, sell and convey unto the Grantee(s) in fee simple, all of that lot or parcel of land situated in the Township of Mount Airy, Surry County, North Carolina and more particularly described as follows:

Being all of that property which appears on Exhibit "A" attached hereto and incorporated herein by reference.

TO HAVE AND TO HOLD the aforesaid property and all privileges and appurtenances thereto belonging to the Grantee(s) in fee simple.

And the Grantor(s) covenant with the Grantee(s), that Grantor(s) are seized of the premises in fee simple, have the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor(s) will warrant and defend the title against the lawful claims of all persons whomsoever except for the

Case 1:19-cv-00464   Document 1-1   Filed 05/02/19   Page 33 of 49

exceptions hereinafter stated. Title to the property hereinabove described is subject to the following exceptions:

In Witness Whereof, the Grantor(s) has/have set his/her hand and seal this the day and year first above written.

*Norma Jean Wright* (SEAL)
NORMA JEAN WRIGHT, TRUSTEE
OF THE GRACE COOKE PERSONAL
TRUST, DATED APRIL 4, 1995

*Norma Jean Wright* (SEAL)
NORMA JEAN WRIGHT

*Norma Jean Wright* (SEAL)
NORMA JEAN WRIGHT, AIF FOR
GRACE COOKE

*Grace Cooke* (SEAL)
GRACE COOKE BY HER AIF
NORMA JEAN WRIGHT

STATE OF NORTH CAROLINA

COUNTY OF SURRY

I, a Notary Public, of said county and state aforesaid, do hereby certify that **NORMA JEAN WRIGHT, TRUSTEE OF THE GRACE COOKE PERSONAL TRUST, DATED APRIL 4, 1995, AND NORMA JEAN WRIGHT (SINGLE)**, personally appeared before me this day and acknowledged the due execution of the foregoing Warranty Deed.

WITNESS my hand and notarial seal, this the _13th_ day of _December_, 2002.

*Rhonda Young*
Notary Public

My Commission Expires: _1/26/2006_

STATE OF NORTH CAROLINA,

COUNTY OF SURRY.

I, a Notary Public for said County and State do hereby certify that **NORMA JEAN WRIGHT**, Attorney in Fact for **GRACE COOKE**, personally appeared before me this day, and being by me duly sworn, says that he/she executed the foregoing and annexed instrument for and in behalf of the said **GRACE COOKE**, and that his/her authority to execute and acknowledge said instrument is contained in an instrument duly executed, acknowledged, and recorded in the Office of the Register of Deeds, Surry County, North Carolina in Book 726, Page 586, on the 8th day of April, 1999, and that this instrument was executed under and by virtue of the authority given by said instrument granting him/her power of attorney.

I do further certify that the said **NORMA JEAN WRIGHT** acknowledged the execution of the foregoing and annexed instrument for the purposes therein expressed for and on behalf of the said **GRACE COOKE**.

WITNESS my hand and notarial seal, this the 13ᵗʰ day of December, 2002.

_Rhonda Young_
Notary Public

My Commission expires:
11-26-2006
(SEAL)

STATE OF NORTH CAROLINA, COUNTY OF SURRY
The foregoing or following certificate(s) of _Rhonda Young_
_NP of Surry Co. NC_
is (are) certified to be correct.

DENNIS W. "BUD" CAMERON        BY: _Cynthia M. Gillespie_
REGISTER OF DEEDS                        Assistant-Deputy

EXHIBIT "A"

TRACT ONE:  BEGINNING at a point, said point being located North 17 deg. 43 min. 41 sec. West 1,552.13 feet from N.C.G.S. Station "SNOWHILL" N=304984.177 meters and E=464620.513 meters, and running thence from said point and with the center of Lovill Creek the following five courses and distances:  North 02 deg. 41 min. 24 sec. West 126.84 feet to a point; North 14 deg. 54 min. 57 sec. East 180.45 feet to a point; North 19 deg. 02 min. 19 sec. East 74.43 feet to a point; North 38 deg. 37 min. 59 sec. East 106.25 feet to a point North 17 deg. 27 min. 40 sec. East 107.59 feet to a point in the line of property of Sara Lee Sock Company (Book 338, Page 80; Plat Book 7, Page 110); thence with the line of property of Sara Lee Sock Company (Book 338, Page 80; Plat Book 7, Page 110) the following three courses and distances:  South 82 deg. 42 min. 10 sec. East 69.35 feet to a new iron pin; South 82 deg. 42 min. 10 sec. East 284.53 feet to a new iron pin; South 82 deg. 42 min. 10 sec. East 81.36 feet to an existing nail and cap in the center of the railroad tracks of Southern Railway Company; thence with the center of the railroad tracks of Southern Railway Company the following five courses and distances:  South 17 deg. 10 min. 51 sec. West 98.60 feet to a mag nail set; South 16 deg. 46 min. 21 sec. West 101.69 feet to a mag nail set; South 14 deg. 21 min. 50 sec. West 103.11 feet to a mag nail set; South 10 deg. 36 min. 40 sec. West 101.89 feet to a mag nail set; South 05 deg 30 min. 34 sec. West 140.14 feet to a mag nail set; thence North 86 deg. 29 min. 55 sec. West 49.72 feet to an existing iron pin; thence North 86 deg. 29 min. 55 sec. West 207.72 feet to a new iron pin; thence North 86 deg. 29 min. 55 sec. West 222.19 feet to a point, said point being the POINT OF BEGINNING, and containing 6.037 acres, more or less, and according to plat and survey of Eddie H. Bunn, P.L.S.L-2827 entitled "Survey for Benny Torres", dated December 6th, 2002.

The above 6.037 acre tract is subject to a deed of easement for Lovill Creek Channel improvement project as appears of record in Deed Book 735, Page 440 and to the right of way of Southern Railway Company.

TRACT TWO:  BEGINNING at a point located in the rip rap along the right of way of Worth Street (SR 1371), said point being located North 70 deg. 33 min. 02 sec. East 400.13 feet from N.C.G.S. Station "SNOWHILL" N=304984.177 meters and E=464620.513 meters, and running thence with the line of property of the City of Mount Airy the following eight courses and distances:  North 42 deg. 26 min. 15 sec. West 8.71 feet to a new iron pin; North 56 deg. 07 min. 57 sec. West 74.99 feet to a new iron pin; North 40 deg. 19 min. 49 sec. West 66.49 feet to a new iron pin; North 22 deg. 07 min. 09 sec. West 30.41 feet to a new iron pin; North 08 min. 36 min. 27 sec. West 70.81 feet to a new iron pin; North 03 deg. 40 min. 15 sec. East 60.28 feet to a rail road spike set; North 25 deg. 59 min. 46 sec. West 83.87 feet to a new iron pin; North 50 deg. 23 min. 53 sec. West 12.72 feet to a new iron pin; thence North 20 deg. 50 min. 38 sec. East 35.35 feet to a new iron pin located along or near the right of way of Southern Railway Company; thence along or near the right of way margin of Southern Railway Company the following two courses and distances:  South 27 deg. 07 min. 29 sec. East 197.96 feet to a new iron pin; South 29 deg. 23 min. 06 sec. East 209.68 feet to a rail road spike set along the right of way margin of Worth Street (SR 1371); thence with the right of way

margin of Worth Street (SR 1371) South 63 deg. 27 min. 53 sec. West 33.30 feet to a point, said point being the POINT OF BEGINNING, and containing 0.455 acre, more or less, and according to plat and survey of Eddie H. Bunn, P.L.S.L.-2827 entitled "Survey for Benny Torres", dated December 6th, 2002.

The above 0.455 acre tract is subject to the right of way of Southern Railway Company and Worth Street (SR 1371).

The above two tracts are a portion of that property which appears of record in the Surry County tax office as 5050 18, Parcels 9239 and 5738.

For further reference see Deed Book 592, Page 48 and Deed Book 315, Page 210.

Norma Jean Wright, Grantor herein, is one and the same person as Jean C. Wright.

The above tracts are subject to the following rights of ways and easements which appear of record in the Surry County Register of Deeds in Book 398, Page 282, Book 449, Page 154, Book 616, Page 303, and Book 735, Page 440.

# Exhibit 9

SURRY COUNTY NC      06/14/2002

STATE OF
NORTH
CAROLINA

$800.00

Real Estate
Excise Tax

FILED
SURRY COUNTY NC
06/14/2002  2:04 PM
DENNIS W. "BUD" CAMERON
Register Of Deeds

# NORTH CAROLINA GENERAL WARRANTY DEED

Excise Tax:  800.00

Parcel Identifier No._____ Verified by _____ County on the ____ day of_____, 20__
By:_____

Mail/Box to: _____

This instrument was prepared by:  Michael F. Royster _____

Brief description for the Index:_____

THIS DEED made this 14th day of ____June____, 2002, by and between

| GRANTOR | GRANTEE |
|---|---|
| Roger L. Nichols and wife, Shelby B. Nichols | Deborah D. Torres and husband, Venancio Torres, DBA Circle T. Ranch |

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of_____, Mount Airy Township, ____Surry____ County, North Carolina and more particularly described as follows:

See Exhibit "A" attached hereto and incorporated herein by reference.

Tax ID Numbers:  5919 00 42 5957 and 5919 00 42 6056

The property hereinabove described was acquired by Grantor by instrument recorded in Book __338__ page __875__.
Book 376, Page 783, Book 239, Page 80.
A map showing the above described property is recorded in Plat Book_____ page_____.

NC Bar Association Form No. 3 © 1976, Revised © 1977, 2002        James Williams & Co., Inc.
Printed by Agreement with the NC Bar Association – 1981        www.JamesWilliams.com

23/4

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever, other than the following exceptions:

IN WITNESS WHEREOF, the Grantor has duly executed the foregoing as of the day and year first above written.

_____ _____ (SEAL)
(Entity Name)                                                        Roger L. Nichols

By:_____ _____ (SEAL)
    Title:_____             Shelby B. Nichols

By:_____ _____ (SEAL)
    Title:_____

By:_____ _____ (SEAL)
    Title:_____

State of North Carolina - County of ___Surry___

I, the undersigned Notary Public of the County and State aforesaid, certify that ___Roger L. Nichols and wife,___ ___Shelby B. Nichols___ personally appeared before me this day and acknowledged the due execution of the foregoing instrument for the purposes therein expressed. Witness my hand and Notarial stamp or seal this _14th_ day of ___June___, 2002.

My Commission Expires: _5/15/2007_

OFFICIAL SEAL
Notary Public - North Carolina
County of Surry
MICHAEL F. ROYSTER

_____
Notary Public

State of North Carolina - County of _____

I, the undersigned Notary Public of the County and State aforesaid, certify that _____ personally came before me this day and acknowledged that __he is the _____ of _____, a North Carolina or _____ corporation/limited liability company/general partnership/limited partnership (strike through the inapplicable), and that by authority duly given and as the act of such entity, __he signed the foregoing instrument in its name on its behalf as its act and deed. Witness my hand and Notarial stamp or seal, this _____ day of _____, 20__.

My Commission Expires:_____
                                                                    _____
                                                                    Notary Public

State of North Carolina - County of _____

I, the undersigned Notary Public of the County and State aforesaid, certify that _____
_____
_____

Witness my hand and Notarial stamp or seal, this _____ day of _____, 20__.

My Commission Expires:_____
                                                                    _____
                                                                    Notary Public

The foregoing Certificate(s) of ___Michael F. Royster N. P. of Surry Co. NC___ is/are certified to be correct. This instrument and this certificate are duly registered at the date and time and in the Book and Page shown on the first page hereof.

_____ Register of Deeds for ___Surry___ County
By:_____ Deputy/Assistant - Register of Deeds

NC Bar Association Form No. 3 © 1976, Revised © 1977, 2002                 James Williams & Co., Inc.
Printed by Agreement with the NC Bar Association – 1981                        www.JamesWilliams.com

Exhibit "A"

Tract 1:

BEGINNING at a red oak, dead and down, runs South 30-30/100 chains to a white oak stump; thence East 14-50/100 chains to a stake; thence North 23-30/100 chains to a stake (all the above named lines has declention of about 2 1/2 degs.); thence North 67 degs. West 3-75/100 chains to a poplar; thence North 63 degs. West 4-76/100 chains to a pine stump on the ditch; thence North 57 degs. West 7-50/100 chains to the BEGINNING, containing 39-5/10 acres more or less.

SAVE AND EXCEPT 1 acre heretofore sold to Bernie Badgett. For further reference to the above described land see Deed recorded in Book of Deeds No. 54 at Page 349.

ALSO SAVE AND EXCEPT 1 acre sold to Tommy Watson and SAVE AND EXCEPT 2.57 acres more or less, retained by Howard G. Badgett, leaving a balance of 34.93 acres, more or less. Reference is made to Deed of S. J. Badgett, Widowed, to Howard Badgett dated July 27, 1948 and recorded in the Public Registry of Surry County in Deed Book 167, Page 622.

Tract 2:

Adjoining the lands of George Key, C. L. Badgett and BEGINNING at a rock, Geo. Key's corner, runs South 55 degs. East 4.32 chains to a pine stump in ditch; thence South 61 degs. East 1 chain to ditch on branch; thence North 48-1/2 degs. East 1/2 chain, North 67 degs. East 2 chains; thence North 48 degs. East 2.11 chains to center of large rock; thence North 69-1/2 degs. West 7.33 chains, crossing branch, to a rock; thence South 29 degs. West 2.75 chains to the BEGINNING, containing 2.32 acres, more or less. For further reference see Deed Book No. 68 at Page 164.

Tract 3:

Adjoining C. L. Badgett and R. W. Mosley and BEGINNING at a rock, Mosley's corner in the division line of the G. A. Key land, runs North 86 degs. West 12.12 chains to a rock in Mosley's line; thence South 14 degs. East 8.40 chains to Jake Badgett's line; thence South 54-1/2 degs. East 3.20 chains to a rock; thence North 33 degs. East 2.13 chains to a rock; thence South 69-1/2 degs. East 7.25 chains to a rock; thence North 4-1/2 degs. West 9-1/2 chains to a rock, the BEGINNING, containing 9.35 acres, more or less; SAVE AND EXCEPT one (1) acre, more or less, heretofore sold to Robert Mosley. For further reference to the above-described land, see Deed recorded in Book of Deeds #82, Page 373.

It being understood that the said Jake Badgett is to retain a water right from the well located on the above property, it running to another place beside the above tract of land.

Reference is made to Deed of S. J. Badgett, Widowed, to Howard Badgett dated July 27, 1948 and recorded in the Public Registry of Surry County, N. C. in Deed Book 167 at Page 622, and being the same and identical land as shown by plat of Allen McGee.

Tract 4:

BEGINNING at a driven iron pipe, Paul Carpenter corner and runs S. 83 deg. E. crossing new McKinney Road 480 ft. to a stake in old Road, Paul Carpenter and Burnie Badgett's corners; thence N. 5 deg. E. With Burnie Badgett House lot line to Howard Badgett corner on with his line 1988 ft. in all to a red oak Howard Badgett's corner; thence N. 85 deg. W. 198 feet to a stake at edge of road D. D. Hodges corner; thence with East side of Road S. 28 deg. W. 165 feet to a driven iron pipe Cecil Hill's corner; thence S. 63 deg. E. 190 ft. to a driven iron pipe, Hill's corner; thence S. 28 deg. W. this line running with back line of lots 345 ft. to iron pipe; thence S. 31 deg. W. 375 ft. to an iron pipe; thence S. 27 deg. W. 235 ft. to an iron pipe; thence S. 36 deg. W. 109 ft. to a driven iron pipe in J. V. McIntyre's line Lee Roy Hicks corner; thence S. 44 deg. E. 215 ft. to an iron stake, Hicks corner; thence S. 36 deg. W. 331 ft. to a driven iron stake at the edge of R/W of the new McKinney Road, Hicks corner; thence with said road S. 44 deg. E. 163 1/2 ft. to a stake; thence S. 17 deg. W. crossing said Road 255 ft. to the beginning, containing 17 1/2 acres, more or less.

SAVE AND EXCEPT from the above tract that small tract conveyed to Betty Taylor in Deed Book 810, Page 260, Surry County Registry.

Also conveyed with the hereinabove 17 1/2 acre tract is that small tract conveyed by Betty Taylor, et al to Roger Lewis Nichols in Book 810, Page 258, Surry County Registry.

Tract 5:

Being bounded on the north by other lands of Roger L. Nichols, on the west by lands of Tommy Watson, on the east by lands retained by Howard G. Badgett and wife, Annie Badgett, and on the south by Old McKinney Road (Rural Road No. 1430), and being particularly described as follows: Beginning at an iron stake in the Roger L. Nichols line, the northeast corner of the land of Tommy Watson and runs thence with the southern line of land of Roger L. Nichols South 85 degrees East 386 feet to a stake, new corner of a lot retained by Howard G. Badgett; thence a new line South 5 degrees West 200 feet to the northern edge of Old McKinney Road; thence with the northern edge of said road North 77 degrees West 100 feet, North 85 degrees West 100 feet, South 85 degrees West 100 feet, and North 88 degrees West 88 feet to a stake in the southeast corner of land of Tommy Watson; thence with the line of land of Tommy Watson North 5 degrees East 210 feet to the point of beginning.

Together with and subject to all rights in reversion and remainder in the right of ways of the Department of Transportation (formerly State Highway and Public Works Commission) and all rights and privileges of access to and from said highways.

# Exhibit 10

Doc ID: 004083990003 Type: CRP
Recorded: 06/01/2005 at 03:12:07 PM
Fee Amt: $2,020.00 Page 1 of 3
Excise Tax: $2,000.00
Surry County North Carolina
Carolyn M. Comer Reg of Deeds

BK 1077 PG 778-780

# NORTH CAROLINA GENERAL WARRANTY DEED

Excise Tax: 2,000.00

Parcel Identifier No. 594800087852 ___ Verified by _____ County on the ____ day of _____, 20__
By: _____

Mail/Box to: _____

This instrument was prepared by: _____ Carl E. Bell, Attorney at Law _____

Brief description for the Index: _____

THIS DEED made this _____ 6th _____ day of ____ May ____, 20 05, by and between

| GRANTOR | GRANTEE |
|---|---|
| ROGER L. NICHOLS and wife, SHELBY B. NICHOLS; JAMES A. NICHOLS and wife, JILL H. NICHOLS; SAMUEL J. NICHOLS and wife, TINA S. NICHOLS | VENANCIO TORRES and wife, DEBORAH D. TORRES  2344 Turkey Ford Rd. Mt. Airy, NC 27030 |

Enter in appropriate block for each party: name, address, and, if appropriate, character of entity, e.g. corporation or partnership.

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of _____, ____ Mount Airy ____ Township, _____ Surry _____ County, North Carolina and more particularly described as follows:

FOR PROPERTY DESCRIPTION SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN.

The property hereinabove described was acquired by Grantor by instrument recorded in Book __670__ page __155__.

A map showing the above described property is recorded in Plat Book_____ page _____.

NC Bar Association Form No. 3 © 1976, Revised © 1977, 2002
Printed by Agreement with the NC Bar Association - 1981

+ James Williams & Co., Inc.
www.JamesWilliams.com

Case 1:19-cv-00464   Document 1-1   Filed 05/02/19   Page 44 of 49

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever, other than the following exceptions:

IN WITNESS WHEREOF, the Grantor has duly executed the foregoing as of the day and year first above written.

_____ (SEAL)

Samuel J. Nichols (PARTY NAME)

By: _Tina S. Nichols_ (SEAL)
Title: Tina S. Nichols

By: _____ (SEAL)
Title: _____

By: _____ (SEAL)
Title: _____

_Roger L. Nichol_ (SEAL)
Roger L. Nichols

_Shelby B. Nichols_ (SEAL)
Shelby B. Nichols

_James A. Nichol_ (SEAL)
James A. Nichols

_Jill H. Nichol_ (SEAL)
Jill H. Nichols

USE BLACK INK ONLY

State of North Carolina - County of _Surry_

I, the undersigned Notary Public of the County and State aforesaid, certify that _James A. Nichols & wife, Jill H. Nichols, Samuel J. Nichols and wife, Tina S. Nichols_ — Roger L. Nichols and wife, Shelby B. Nichols personally appeared before me this day and acknowledged the due execution of the foregoing instrument for the purposes therein expressed. Witness my hand and Notarial stamp or seal this _1st_ day of _June_, 20_05_.

My Commission Expires: _1-22-2009_

_____
Notary Public

ROBIN L. SIMMONS
NOTARY PUBLIC
North Carolina - Surry County
My Commission Expires

State of North Carolina - County of _____

I, the undersigned Notary Public of the County and State aforesaid, certify that _____ personally came before me this day and acknowledged that he is the _____ of _____, a North Carolina or _____ corporation/limited liability company/general partnership/limited partnership (strike through the inapplicable), and that by authority duly given and as the act of each entity, he signed the forgoing instrument in its name on its behalf as its act and deed. Witness my hand and Notarial stamp or seal this _____ day of _____, 20_.

My Commission Expires: _____

_____
Notary Public

State of North Carolina - County of _____

I, the undersigned Notary Public of the County and State aforesaid, certify that _____

Witness my hand and Notarial stamp or seal this _____ day of _____, 20_.

My Commission Expires: _____

_____
Notary Public

The foregoing Certificate(s) of _Robin L Simmons_ is/are certified to be correct. This instrument and this certificate are duly registered at the date and time and in the Book and Page shown on the first page hereof.

_Carolyn M Comer_ Register of Deeds for _Surry_ County
By: _____ Deputy/Assistant - Register of Deeds

NC Bar Association Form No. 3 © 1976, Revised © 1977, 2002
Printed by Agreement with the NC Bar Association - 1981

* James Williams & Co., Inc.
www.JamesWilliams.com

BEGINNING at a 4 x 4 found granite monument located along the right of way margin of Holly Springs Road and in the corner of property of Cross Creek Apparel, Inc. (Book 266, Page 311), said granite monument being further located South 36 deg. 50 min. 02 sec. East 209.54 feet from the intersection of Old U.S. 52 and Holly Springs Road, and running thence with the line of property of Cross Creek Apparel, Inc. (Book 266, Page 311) South 86 deg. 59 min. 01 sec. East 999.98 feet to a found iron pin, badly bent and replaced with a new iron pin; thence with the line of property of James T. Love (Book 437, Page 181) the following two courses and distances: South 03 deg. 00 min. 58 sec. West 360.00 feet to a new iron pin; North 86 deg. 59 min. 01 sec. West 771.65 feet to a found iron pin located along the right of way margin of Holly Springs road; thence with the right of way margin of Holly Springs Road North 32 deg. 11 min. 39 sec. West 154.17 feet to a badly bent right of way monument; thence North 58 deg. 20 min. 08 sec. East 20.25 feet; thence with the right of way margin of Holly Springs Road North 32 deg. 02 min. 00 sec. West 271.80 feet to a 4 x 4 found granite monument, said granite monument being the point of BEGINNING and containing 7.295 acres, more or less, and according to plat and survey of Jeffery K. Brinkley, RLS L-3356, entitled "Location Survey for Roger L. Nichols and wife, Shelby B. Nichols", dated May 29, 1991.

The above description is a resurvey of that property which appears of record in Book 313, Page 600 and Book 326, Page 420, Surry County Registry.

The above 7.295 acre tract is subject to the right of way of Holly Springs Road.

# Exhibit 11

BK **1571** PG 332 - 333 (2)

This document presented and filed:
10/13/2016 12:09:32 PM
Fee $26.00 Excise Tax: $0.00

639408

Surry County North Carolina
CAROLYN M. COMER, Register of Deeds

Surry Co. Tax Dept.
Land Records _____
Collection _____

LtW Cash

+ts

Mail after recording to/Grantees Address _2344 Turkey Ford Rd, Mount Airy NC 27030_

Grantor Address _2344 Turkey Ford Road, Mount Airy, NC 27030_

_N/A_ If initialed, the property includes the primary residence of at least one of the Grantors, otherwise note as N/A. (per NCGS § 105-317.2)

This instrument was prepared by _Elizabeth Williams_ Revenue Stamp $ _-0-_

Brief description for the Index_____

(N. C. Bar Assoc. Form No. 3A [C] 1977) **Portion of PID #5919-00-42-5957**

## NORTH CAROLINA GENERAL WARRANTY DEED

THIS DEED made this 12th day of October, 2016, by and between DEBORAH D. TORRES and husband, VENANCIA TORRES, hereafter called Grantor and SARAH TORRES, hereafter called Grantee. The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the Mount Airy Township, Surry County, North Carolina and more particularly described as follows:

BEGINNING at an existing iron pin in the edge of McKinney Road (NCSR #1544), common corner with Brenda Shelton Cooke (DB 1194, PG 972) and runs thence with the Cooke line North 36°10' 18" East 330.60 feet to an existing 3/4" iron pin southwest side of corner post (Control Corner); thence North 44° 00' 00' West 216.39 feet to an existing axle northwest side of corner post (Control Corner); thence North 30° 36' 29" East 240.94 feet to a new iron pipe set; thence along a new line for Grantor herein, the following four (4) courses and distances: South 74° 01' 59" East 620.25 feet to a new iron pipe set; South 14° 57' 30" West 535.69 feet to a new iron pipe set; South 65° 35' 39" West 193.18 feet to a new iron pipe set; and South 59° 54' 23" West, crossing a new iron pipe set at 238.84 feet, for a total distance of 269.63 feet to a point in the center of McKinney Road (NCSR #1544); thence running with said road North 43° 05' 17" West 341.91 feet to a point; thence leaving said road, North 36° 10' 18" East 29.20 feet to the POINT OF BEGINNING, containing 10.001 acres, more or less, according to an unrecorded plat by Franklin G. Kinder (L-4462) dated January 21, 2016.

NO TITLE SEARCH WAS REQUESTED OR PERFORMED.

26/2 +ts

**Book 1571 Page 332**

The property hereinabove described was acquired by Grantor by instrument recorded in Book 877, Page 387, Surry County Registry.

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions hereinafter stated. Title to the property hereinabove described is subject to the following: none.

IN WITNESS WHEREOF, each Grantor has hereunto set his hand and seal, the day and year first above written.

_____ (SEAL)
DEBORAH D. TORRES

_____ (SEAL)
VENANCIA TORRES

NORTH CAROLINA, Surry County.

I, _____, a Notary Public for the County of _____ and the State of North Carolina, certify that DEBORAH D. TORRES and husband, VENANCIA TORRES, Grantor, personally appeared before me this day and acknowledged the execution of the foregoing instrument. Witness my hand and official stamp or seal, this ___ day of _____, 2016.

ANDREA DRAUGHN
NOTARY PUBLIC
Surry County North Carolina
My Commission Expires

_____
Notary Public

My commission expires:

3-16-18

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

UNITED STATES OF AMERICA

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| VENANCIO TORRES, et. al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    Venancio Torres
    2344 Turkey Ford Road
    Mount Airy, North Carolina 27030

      **A lawsuit has been filed against you.**

      **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    Nelson Wagner, U.S. Department of Justice
    P.O. Box 227
    Washington, DC, 20044
    (202) 616-3369
    nelson.wagner@usdoj.gov

      **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

<div align="center">

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

</div>

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
*(place)*_____
**on** *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❑    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; **or**

❑    **I returned the summons unexecuted because** _____; **or**

❑    **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____          _____
<div align="right" style="width:60%; margin-left:40%;">Server's signature</div>

                     _____
<div align="right" style="width:60%; margin-left:40%;">Printed name and title</div>

                     _____
<div align="right" style="width:60%; margin-left:40%;">Server's address</div>

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

UNITED STATES OF AMERICA

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| VENANCIO TORRES, et. al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

>   Debra Torres
>   2344 Turkey Ford Road
>   Mount Airy, North Carolina 27030

  **A lawsuit has been filed against you.**

  **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

>   Nelson Wagner, U.S. Department of Justice
>   P.O. Box 227
>   Washington, DC, 20044
>   (202) 616-3369
>   nelson.wagner@usdoj.gov

  **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

<div align="center">

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

</div>

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑    **I personally served the summons on the defendant at**
     *(place)*_____
     **on** *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, **a person of suitable age and discretion who**
     **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
     **known address; or**

❑    **I served the summons on** *(name of individual)* _____,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify):*
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$_____.**

**I declare under penalty of perjury that this information is true.**

**Date:**_____         _____
                                           **Server's signature**

                                       _____
                                       **Printed name and title**

                                         _____
                                         **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

UNITED STATES OF AMERICA

|                          |     |                    |
|--------------------------|-----|--------------------|
| *Plaintiff*              | )   |                    |
| **v.**                   | )   | **Civil Action No.** |
|                          | )   |                    |
| VENANCIO TORRES, et. al. | )   |                    |
|                          | )   |                    |
|                          | )   |                    |
|                          | )   |                    |
| *Defendant*              |     |                    |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Totem Steel International, Inc.
C/O CH Registered Services, Inc., Registered Agent
1001 SW 5th Ave., Suite 2000
Portland, Oregon 97204


**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Nelson Wagner, U.S. Department of Justice
P.O. Box 227
Washington, DC, 20044
(202) 616-3369
nelson.wagner@usdoj.gov


**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

**Civil Action No.**

<div align="center">

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

</div>

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❑     **I personally served the summons on the defendant at**
      *(place)*_____
      **on** *(date)* _____; or

❑     **I left the summons at the individual's residence or usual place of abode with** *(name)*
      _____, **a person of suitable age and discretion who**
      **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
      **known address; or**

❑     **I served the summons on** *(name of individual)* _____,
      **who is designated by law to accept service of process on behalf of** *(name of organization)*
      _____ **on** *(date)* _____; or

❑     **I returned the summons unexecuted because** _____; or

❑     **Other** *(specify)*:
      _____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____.

**I declare under penalty of perjury that this information is true.**


Date:_____                    _____
                                                                **Server's signature**

                                                _____
                                                                **Printed name and title**

                                                _____
                                                                **Server's address**


Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

UNITED STATES OF AMERICA

| | | |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| VENANCIO TORRES, et. al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

North Carolina Department of Revenue
c/o Daniel Garner, General Counsel and designated process agent
P.O. Box 871
Raleigh, NC 27602

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Nelson Wagner, U.S. Department of Justice
P.O. Box 227
Washington, DC, 20044
(202) 616-3369
nelson.wagner@usdoj.gov

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

<div align="center">

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

</div>

**This summon for** *(name of individual and title, if any)*
_____

**was received by me on** *(date)* _____.

❑    **I personally served the summons on the defendant at**
     *(place)*_____
     **on** *(date)* _____; or

❑    **I left the summons at the individual's residence or usual place of abode with** *(name)*
     _____, **a person of suitable age and discretion who**
     **resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
     **known address; or**

❑    **I served the summons on** *(name of individual)* _____,
     **who is designated by law to accept service of process on behalf of** *(name of organization)*
     _____ **on** *(date)* _____; or

❑    **I returned the summons unexecuted because** _____; or

❑    **Other** *(specify)*:
     _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____       _____
                                      **Server's signature**

                                     _____
                                      **Printed name and title**

                                     _____
                                      **Server's address**

**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

UNITED STATES OF AMERICA

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
|  | ) | |
| VENANCIO TORRES, et. al. | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    Surry County Tax Department
    c/o Penny Harrison, Tax Administrator
    Surry County Service Center
    915 E. Atkins Street
    Dobson, NC 27017

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    Nelson Wagner, U.S. Department of Justice
    P.O. Box 227
    Washington, DC, 20044
    (202) 616-3369
    nelson.wagner@usdoj.gov

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____.

❏ **I personally served the summons on the defendant at**
**(place)**_____
**on** *(date)* _____; or

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____, **a person of suitable age and discretion who**
**resides there, on** *(date)* _____, **and mailed a copy to the individual's last**
**known address; or**

❏ **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ **on** *(date)* _____; or

❏ **I returned the summons unexecuted because** _____; or

❏ **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of**
**$**_____.

**I declare under penalty of perjury that this information is true.**


**Date:**_____                    _____
                                                                                                **Server's signature**

                                                                                    _____
                                                                                                **Printed name and title**

                                                                                    _____
                                                                                                **Server's address**


**Additional information regarding attempted service, etc:**

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

UNITED STATES OF AMERICA

| | | |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | |
| VENANCIO TORRES, et. al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

Fibrecrete Technologies, Inc.
c/o Corporation Service Company, Registered Agent
2626 Glenwood Ave., Suite 550
Raleigh, NC 27608

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Nelson Wagner, U.S. Department of Justice
P.O. Box 227
Washington, DC, 20044
(202) 616-3369
nelson.wagner@usdoj.gov

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

**Civil Action No.**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

**This summon for** *(name of individual and title, if any)*
_____

was received by me on *(date)* _____ .

❑ **I personally served the summons on the defendant at**
*(place)*_____
on *(date)* _____ ; or

❑ **I left the summons at the individual's residence or usual place of abode with** *(name)*
_____ , **a person of suitable age and discretion who**
resides there, on *(date)* _____ , **and mailed a copy to the individual's last**
known address; or

❑ **I served the summons on** *(name of individual)* _____ ,
**who is designated by law to accept service of process on behalf of** *(name of organization)*
_____ on *(date)* _____ ; or

❑ **I returned the summons unexecuted because** _____ ; or

❑ **Other** *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$_____ .

I declare under penalty of perjury that this information is true.


Date:_____

_____
Server's signature

_____
Printed name and title

_____
Server's address


Additional information regarding attempted service, etc:

JS 44 (Rev. 1/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

### DEFENDANTS
Venancio Torres, et. al.

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Surry
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, Email and Telephone Number)*
Nelson Wagner
U.S. Department of Justice, P.O. Box 227, Washington, DC 20044
nelson.wagner@usdoj.gov, 202.616.3369

Attorneys *(If Known)*
Unknown

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government
      Plaintiff

☐ 3  Federal Question
      *(U.S. Government Not a Party)*

☐ 2  U.S. Government
      Defendant

☐ 4  Diversity
      *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                           *and One Box for Defendant)*

|                                           | PTF | DEF |                                                              | PTF | DEF |
|-------------------------------------------|-----|-----|--------------------------------------------------------------|-----|-----|
| Citizen of This State                     | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State   | ☐ 4 | ☐ 4 |
| Citizen of Another State                  | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country   | ☐ 3 | ☐ 3 | Foreign Nation                                               | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|----------|-------|-|--------------------|------------|----------------|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 840 Trademark | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | **LABOR** | **SOCIAL SECURITY** | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | Relations | ☐ 864 SSID Title XVI | Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 751 Family and Medical | | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - | Product Liability | Leave Act | | ☐ 893 Environmental Matters |
| | Medical Malpractice | | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | Income Security Act | ☒ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original
      Proceeding

☐ 2  Removed from
      State Court

☐ 3  Remanded from
      Appellate Court

☐ 4  Reinstated or
      Reopened

☐ 5  Transferred from
      Another District
      *(specify)*

☐ 6  Multidistrict
      Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 USC 7402
Brief description of cause:
Suit to collect federal taxes and foreclose on real property.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

DEMAND $
3,202,418.17

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes    ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____    DOCKET NUMBER _____

DATE
05/02/2019

SIGNATURE OF ATTORNEY OF RECORD
/s/ Nelson Wagner

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

Case 1:19-cv-00464   Document 1-3   Filed 05/02/19   Page 1 of 1